

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2022

No. 04-22-00109-CR

**IN RE Samuel MIRELES**

Original Proceeding[1]

**ORDER**

On February 22, 2021, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on March 16, 2022.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020-CR-10686, styled *State v. Mireles*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.